[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**

**JUL 10 2017** PJ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jose L. Vargas )
_____ )
)
)
Plaintiff(s), )
)
v. )
Megan J. Brennan )
Postmaster General )
United States Postal Service )
Defendant(s). (Great Lakes Area) )
Agency )

**17-cv-05085**
**Judge Charles R. Norgle, Sr**
**Magistrate Judge Daniel G. Martin**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Jose Luis Vargas of the county of Knox in the state of Illinois.

3. The defendant is Megan J. Brennan, whose street address is P.O. Box 21979,
(city) Tampa (county) _____ (state) ~~Illinois~~ Florida (ZIP) 33622-1979
(Defendant's telephone number) ( ) - _____

4. The plaintiff sought employment or was employed by the defendant at (street address)
Romeoville Post office 315 W Romeo Rd. (city) Romeoville
(county) Will (state) ILL (ZIP code) 60446

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.　　The plaintiff [*check one box*]

    (a)　☐　was denied employment by the defendant.

    (b)　☐　was hired and is still employed by the defendant.

    (c)　☐　was employed but is no longer employed by the defendant.

6.　　The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month)＿＿＿＿ I ＿＿＿＿, (day)＿＿＿＿＿, (year) 2010 .

7.1　**(Choose paragraph 7.1 or 7.2, do not complete both.)**

    (a)　The defendant is not a federal governmental agency, and the plaintiff
[*check one box*] ☐*has* ☐*has not* filed a charge or charges against the defendant

       asserting the acts of discrimination indicated in this complaint with any of the

       following government agencies:

       (i)　☐ the United States Equal Employment Opportunity Commission, on or about

          (month)＿＿＿＿＿＿ (day)＿＿＿＿＿ (year)＿＿＿＿＿.

       (ii)　☐ the Illinois Department of Human Rights, on or about

          (month)＿＿＿＿＿＿ (day)＿＿＿＿＿ (year)＿＿＿＿＿.

    (b)　If charges *were* filed with an agency indicated above, a copy of the charge is

       attached. ☐ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois

    Department of Human Rights to cross-file with the other agency all charges received. The

    plaintiff has no reason to believe that this policy was not followed in this case.

7.2　　The defendant is a federal governmental agency, and

    (a)　　the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☑ Yes (month) January (day) 10 (year) 2011

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month) April

(day) 10 (year) 2017 .

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ Yes ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)_____ (day)_____ (year)_____ a copy of which

*Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☑ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10.   If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.   Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.   The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☑ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☑ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): <u>Retaliated against the plaintiff for filing a previous EEO case</u>

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

Two Caucasian Carriers allowed to work after there immediate injury. I was denied a reasonable accommodation which is a violation of my rights (Labor Relations Manuel Section 546 "Restoration After Injury") Management failed to process my CA-2 form and was a violation of my right under ELM 544.111 They will only accept a CA-2a. my route was put up for bid without notifying me of changes taking place while I was home waiting on approval of my claim and did not know that my Route C-27 was taking already by another Carrier. My rights were Violated under M-39 section 141.17 Hand Book.

14.    **[AGE DISCRIMINATION ONLY]**  Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☑ YES    ☐ NO

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff
       [*check only those that apply*]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☐    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☑    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☑    Direct the defendant to (specify): Replace sick leave that was used during the time I was sent home waiting on approval from workman's comp. Replace Plaintiff to his Original Collection Route C-27.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Jose L. Vargas_

(Plaintiff's name)

_Jose L. Vargas_

(Plaintiff's street address)

_P.O. Box 1718_

_____

(City) _Galesburg_ (State) _IL_ (ZIP) _61402_

(Plaintiff's telephone number) (630) – _728-6159_

Date: _7-10-17_

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Operations**
**P.O. Box 77960**
**Washington, DC 20013**

Jose L. Vargas, a/k/a,
Anibal L,[1]
Complainant,

v.

Megan J. Brennan,
Postmaster General,
United States Postal Service
(Great Lakes Area),
Agency.

Request No. 0520170163

Appeal No. 01-2015-1142

Agency No. 4J-604-0081-11

Hearing No. 440-2011-00196X

<u>DECISION ON REQUEST FOR RECONSIDERATION</u>

Complainant timely requested reconsideration of the decision in EEOC Appeal No. 0120151142 (December 15, 2016). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. <u>See</u> 29 C.F.R. § 1614.405(c).

During the relevant time, Complainant worked as a City Carrier at the Agency's Romeoville Post Office in Romeoville, Illinois and at the Agency's Lockport Carrier Annex in Lockport, Illinois. On June 10, 2011, Complainant filed a formal EEO complaint alleging that the Agency discriminated against him based on his race (Hispanic), disability (plantar fasciitis), and in retaliation for prior EEO activity when:

---

[1] This case has been randomly assigned a pseudonym which will replace Complainant's name when the decision is published to non-parties and the Commission's website.

1. On March 14, 2011, and continuing, the Agency sent Complainant home due to no work for light or limited duty employees; and

2. Between May 25, 2011 to June 10, 2011, the Agency put Complainant's route up for bid but the Agency did not notify Complainant until June 6, 2011.

Following an investigation, the Agency provided Complainant a copy of the report of investigation and notice of his right to request a hearing before an EEOC Administrative Judge (AJ). Complainant timely requested a hearing. The AJ granted an Agency's motion for summary judgment and issued a final decision on February 19, 2014. The Agency issued a final order adopting the AJ's finding of no discrimination. On appeal, the Commission affirmed the Agency's final order implementing the AJ's decision finding no discrimination without a hearing.

The instant request for consideration followed. In the request for reconsideration, Complainant's focus is on claim 2, and he provides a brief recitation of the Agency's purported failure to notify Complainant of changes on his collection route, along with citation to various provisions of an Agency handbook. Upon our review of the arguments and accompanying documents provided in the request to reconsider, we determine that the arguments either were previously made from the appeal of the Agency's final order, or could have been made at that time.

Therefore, after extensively reviewing entire record, the Commission finds that this request fails to meet the criteria of 29 C.F.R. § 1614.405(c), and it is the decision of the Commission to deny it. The decision in EEOC Appeal No. 0120151142 remains the Commission's decision. There is no further right of administrative appeal on the decision of the Commission on this request.

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0610)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official Agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

## RIGHT TO REQUEST COUNSEL (Z0815)

If you want to file a civil action but cannot pay the fees, costs, or security to do so, you may request permission from the court to proceed with the civil action without paying these fees or costs. Similarly, if you cannot afford an attorney to represent you in the civil action, you may request the court to appoint an attorney for you. **You must submit the requests for waiver of court costs or appointment of an attorney directly to the court, not the Commission. The**

3                                    0520170163

court has the sole discretion to grant or deny these types of requests. Such requests do not alter the time limits for filing a civil action (please read the paragraph titled Complainant's Right to File a Civil Action for the specific time limits).

FOR THE COMMISSION:

Carlton M. Hadden, Director
Office of Federal Operations

APR 1 0 2017

Date

4                                                              0520170163

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed.** I certify that this decision was mailed to the following recipients on the date below:

Jose L. Vargas
POB 1718
Galesburg, IL 61401

Mr. Curtis Roy
1225 E. 79th St
Chicago, IL 60619

U.S. Postal Service (Great Lakes)
NEEOISO - Appeals
U.S. Postal Service
PO Box 21979
Tampa, FL 33622-1979

APR 1 0 2017
_____
Date

_____
Compliance and Control Division